**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Mawson Infrastructure Group, Inc. | Case No. 24-12726 (MFW) |
| Debtor. | |
| Mawson Infrastructure Group, Inc. | Adv. No. 25-52482 (MFW) |
| Plaintiff, | |
| v. | |
| W Capital Advisors PTY Ltd. et al., | |
| Defendants. | |

**ORDER**

**AND NOW** this 30th day of OCTOBER, 2026, it is hereby

**ORDERED** that a hearing to consider the Letter Request for Assistance from the Honorable Justice K. E. Downes of the Federal Court of Australia (D.I. 389, Adv. D.I. 168) will be held on December 1, 2026, at 2:00 p.m. (ET); and it is further

**ORDERED** that any party in interest may file a Statement of Position on the request by Justice Downes on or before November 24, 2026, at 4:00 p.m. (ET).

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge